UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK V. BROWN,

       Plaintiff,

v.                                            CASE NO. 11-13010
                                              HON. LAWRENCE P. ZATKOFF

PEGGY WINTERS-HALL,
CONSTANCE WAMBOLD,
JOHN BERNSTEIN, ORA CARTER,
and CHRISTOPHER CONACHAN,

       Defendants.
_____/

## **JUDGMENT**

     In accordance with the Opinion and Order entered on this date,

     **IT IS ORDERED AND ADJUDGED** that the complaint is summarily dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

                                                    s/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 21, 2011